NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM D. BAUGHMAN,**
*Claimant-Appellant*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2012-7183

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-137, Judge William A. Moorman.

---

**JUDGMENT**

---

ANDREW J. WAGHORN, Attorney at Law, Gainesville, Virginia, argued for Claimant-appellant.

SHELLEY D. WEGER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy

Assistant General Counsel, and RACHAEL T. BRANT, Attorney, United States Department of Veterans Affairs, Washington, DC. Of counsel was MARTIE S. ADELMAN, Attorney, Office of General Counsel, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 December 17, 2013          /s/  Daniel  E.  O'Toole
           Date                      Daniel E. O'Toole
                                     Clerk of Court